NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-cr-00296-JAD-EJY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **STIPULATION TO** |
| | : | **EXTEND PRE-TRIAL MOTION** |
| ARTURO SIGALA SALAZAR, | : | **DEADLINES** |
| | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and Nicholas Wooldridge, Wooldridge Law Ltd., counsel for Arturo Sigala Salazar ("the Defendant") (collectively, "the Parties"), that the pre-trial motions currently ordered to be filed on or before August 7, 2020, be vacated and extended an additional thirty (30) days, as well as the corresponding oppositions and reply deadlines.

///

///

///

The Stipulation is entered into for the following reasons:

1. The additional time requested herein is not sought for purposes of delay, but to permit counsel for the defendant to complete his investigation in this case to determine whether pre-trial motions will be necessary.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation.

5. Denial of this request for continuance would waste limited judicial resources and deny counsel for the defendant sufficient time to effectively represent the defendant.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the Fourth Stipulation to continue the motion scheduled filed herein.

DATED: August 4, 2020

| WOOLDRIDGE LAW, LTD. | NICHOLAS A. TRUTANICH |
| --- | --- |
| | U.S. Attorney |
| By  /s/  Nicholas M. Wooldridge | By /s/ Supriya Prasad |
| NICHOLAS M. WOOLDRIDGE | Supriya Prasad |
| Counsel for Defendant | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-cr-00296-JAD-EJY |
| Plaintiff, | : | |
| v. | : | **STIPULATION TO** |
|  | : | **EXTEND PRE-TRIAL** |
|  |  | **MOTIONS DEADLINE** |
| ARTURO SIGALA SALAZAR, | : | |
| Defendant. | : | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to conduct his investigation in this case in order to determine whether there are any issues that must be litigated and whether pre-trial motions need to be filed.

2. The defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay. Denial of this request for continuance would waste limited judicial resources, and deny counsel for the defendant sufficient time to effectively represent the defendant

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSIONS OF LAW**

The ends of justice are served by granting said extension.

**ORDER**

**IT IS THEREFORE ORDERED** that the pretrial motions deadline is reset for September 11, 2020. Responses are due by September 25, 2020. Replies are due by October 2, 2020.

DATED this 6th day of August, 2020.

_____
UNITES STATES DISTRICT JUDGE