NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Arturo Sigala Salazar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-CR-00296-JAD-EJY |
| Plaintiff, | : | |
| v. | : | **FIRST STIPULATION TO CONTINUE SENTENCING** |
| ARTURO SIGALA SALAZAR, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and SUPRIYA PRASAD, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and NICHOLAS M. WOOLDRIDGE, ESQ., Wooldridge Law Ltd., counsel for Defendant ARTURO SIGALA SALAZAR ("the Defendant") (collectively, "the Parties"), that the sentencing hearing currently scheduled for July 19, 2021 at the hour of 3:00 p.m., be vacated and set to a date and time convenient to this court within 60 days.

The Stipulation is entered into for the following reasons:

1. The Defendant is in custody and does not oppose the continuance.

2. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing. Counsel is in the process of collecting additional materials from the defendants' family, which he will submit together with the Defendants' sentencing memorandum. Additionally, counsel has a conflict in his schedule and is set to start a jury trial that same date in the morning in the 8th Judicial District Court.

3. This is the Defendant's first request for continuance and the Government does not oppose this request for continuance.

This is the First Stipulation to continue filed herein.

DATED: July 2, 2021

WOOLDRIDGE LAW, LTD.				CHRISTOPHER CHIOU
						United States Attorney


By  /s/ Nicholas M. Wooldridge			By /s/ Supriya Prasad
NICHOLAS M. WOOLDRIDGE			SUPRIYA PRASAD
Counsel for Arturo Sigala Salazar		Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-CR-00296-JAD-EJY |
| Plaintiff, | : | |
| v. | : | |
| ARTURO SIGALA SALAZAR., | : | **ORDER** |
| Defendant. | : | |

# FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant is in the process of collecting additional information and evidence from Defendant's family and needs additional time to prepare for sentencing, as well as his scheduling conflict.

2. The defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing, and to address the conflict in defendant's counsel schedule.

5. This is the Parties' first stipulation to continue the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing, currently scheduled for July 19, 2021 at the hour of 3:00 p.m., be vacated and continued to September 20, 2021, at the hour of 10:00 a.m.

DATED this 7th day of July, 2021.

_____
UNITES STATES DISTRICT JUDGE