NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Arturo Sigala Salazar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-CR-00296-001-JAD-EJY |
| Plaintiff, | : | |
| v. | : | **SECOND STIPULATION TO CONTINUE SENTENCING** |
| ARTURO SIGALA SALAZAR, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and SUPRIYA PRASAD, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and NICHOLAS M. WOOLDRIDGE, ESQ., Wooldridge Law Ltd., counsel for Defendant ARTURO SIGALA SALAZAR ("the Defendant") (collectively, "the Parties"), that the sentencing hearing currently scheduled for September 20, 2021 be vacated and set to a date and time convenient to this court within 60 days.

The Stipulation is entered into for the following reasons:

1.	The Defendant is in custody and does not oppose the continuance.

2.	The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing. Counsel has been on a three-week trial and is currently awaiting a verdict in the matter of State of Nevada vs. Frank Pedone.

3.	This is the Defendant's second request for continuance and the Government does not oppose this request for continuance.

This is the Second Stipulation to continue filed herein.

DATED:  September 17, 2021

| WOOLDRIDGE LAW, LTD. | CHRISTOPHER CHIOU |
| --- | --- |
|  | United States Attorney |
| By  /s/  Nicholas M. Wooldridge | By /s/ Supriya Prasad |
| NICHOLAS M. WOOLDRIDGE | SUPRIYA PRASAD |
| Counsel for Arturo Sigala Salazar | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-CR-002996-JAD-EJY |
| Plaintiff, | : | |
| v. | : | |
| ARTURO SIGALA SALAZAR, | : | **ORDER** |
| Defendant. | : | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the has been on a three-week trial and is currently awaiting a verdict.

2. The defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel to address the conflict in defendant's counsel schedule.

5. This is the Parties' second stipulation to continue the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing, currently scheduled for September 20, 2021 be vacated and continued to November 1, 2021, at the hour of 3:30 p.m.

_____
UNITES STATES DISTRICT JUDGE
Dated: September 17, 2021.