NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
400 SOUTH 7TH STREET, SUITE 400
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM
Attorney for Defendant

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br> v.<br><br>ARTURO SIGALAS SALAZAR,<br><br>    *Defendant.* | Case No.: 2:19-CR-00296-JAD-EJY<br><br>**ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD** |

## ORDER

**IT IS THEREFORE ORDERED** that the pursuant to DUCivR 83-1.4(c)(1), the Motion to Withdraw as Counsel of Record (ECF No. 70) is hereby granted.

**IT IS FURTHER ORDERED** that this case is referred to the Federal Public Defender's Office so that CJA or an assistant FPD may be appointed for Defendant.

DATED this 15th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE