```
               IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEVADA
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:19-cr-00296-JAD-EJY |
| Plaintiff, ) | |
| ) | ORDER TEMPORARILY |
| vs. ) | UNSEALING AUDIO RECORDING |
| ) | |
| ARTURO SIGALA-SALAZAR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Cristen Thayer, AFPD, filed a Designation of Transcripts (Doc. 80). Of the transcripts requested, the following docket number is a proceeding that is either sealed or contain a sealed portion: Docket No. 8. The transcript is to be prepared by Amber McClane, Federal Official Court Reporter.

   **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Cristen Thayer, AFPD, as requested.

   **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

   **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

   **DATED** this  10th  day of  February , 2022.

   _____
                  NANCY J. KOPPE
   UNITED STATES DISTRICT COURT MAGISTRATE JUDGE