JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-296-JAD-EJY |
| Plaintiff, | **Order Granting Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| ARTURO SIGALA-SALAZAR, | **ECF No. 97** |
| Defendant. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because forfeiture has been completed and should be terminated from further notification of this Court's CM/ECF system.

Dated: April 14, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: April 18, 2023